UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Steven Rosenberg,

        Plaintiff,

        v.                                     CASE NO.: 2:20-cv-03144

Experian Information Solutions, Inc.,
Transunion, LLC,
Equifax Information Services, LLC,
American Express National Bank,
JPMorgan Chase Bank, N.A.,
        Defendants.
_____/

## STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Steven Rosenberg and the Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate and agree that Plaintiff's action against Experian should be dismissed with prejudice and without costs to either party.

**Dated: February 4, 2021**

| **For Plaintiff Steven Rosenberg** | **For Defendant Experian Information Solutions, Inc.** |
|---|---|
| */s/ Mark Rozenberg* <br> Mark Rozenberg <br> Stein Saks, PLLC <br> 285 Passaic Street <br> Hackensack, NJ 07601 <br> Phone: (201) 282-6500 <br> mrozenberg@steinsakslegal.com | */s/ Brett M. Weinstein* <br> Brett M. Weinstein <br> Jones Day <br> 250 Vesey Street <br> New York, NY 10281 <br> Phone: (212) 326-7854 <br> bweinstein@jonesday.com |

SO ORDERED:

_____
The Honorable Denis R. Hurley
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2021, a copy of the foregoing was filed electronically on the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Brett M. Weinstein*
Brett M. Weinstein